**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    :
**LISA HAWTHORNE**                   :
11308 Marlee Avenue                     :
Clinton, Maryland 20735              :
                                                    :
                          Plaintiff,          :
                                                    :
v.                                                  :          Case No.:
                                                    :          JURY DEMAND
**NORMAN MINETA**                  :
(In his Official Capacity)               :
U.S. Department of Transportation  :
400 7th Street, S.W.                       :
Washington, D.C. 20590               :
                                                    :
                          Defendant.        :
_____:

## COMPLAINT

1.      COMES NOW the Plaintiff, Lisa Hawthorne, by and through her counsel, the

Law Office of Jimmy A. Bell, P.C., and Jimmy A. Bell, Esq., and respectfully

presents this complaint against the Defendant, Norman Mineta, to enforce her

rights under Title VII of the Civil Rights Act of 1964.

### JURISDICTION

2.      Jurisdiction of this court is based upon 42 U.S.C. § 2000e.

### VENUE

3.      Venue is proper in the District of Columbia as the discriminatory acts complained

of occurred within the said jurisdiction.

## STATEMENT OF FACTS

4.    Plaintiff is a member of a protected class because of her race (African American).

5.    Defendant failed to promote Plaintiff to the position of accountant (GS-13) despite the fact that Plaintiff is well qualified for such a promotion.

6.    Defendant has promoted other individuals outside Plaintiff's protected class to the position of accountant.

7.    Defendant failed to provide a legitimate non-discriminatory reason as to why Plaintiff was not promoted.

8.    Defendant re-assigned Plaintiff and changed her job title.

9.    Upon information and belief, Defendant did not re-assign any person outside Defendant's protected class.

10.   Upon information and belief, Defendant did not change the job title of any person outside Defendant's protected class.

11.   Defendant failed to follow federal government personnel policies while conducting the activities described in paragraphs 5-10.

## COUNT I
## VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964
### 42 U.S.C. § 2000e

12.   Plaintiffs re-plead and re-allege paragraphs 1 through 11, with the same force and effect as if set forth separately at length herein.

13.   Plaintiff is an individual who was and is qualified to perform the required and necessary functions of accountant with the Defendant.

14.   Plaintiff made herself available to perform accounting duties and to receive the privileges and benefits of her employment with the Defendant.

15.    Plaintiff is a member of a protected class on account of her race (African-American).

16.    The facts and circumstances surrounding Defendant's failure to promote Plaintiff's supports an inference of unlawful discrimination based on her race (African American).

17.    The facts and circumstances surrounding Plaintiff's re-assignment and change in job title supports an inference of unlawful discrimination based on her race (African American).

18.    Plaintiff did not enjoy the same privileges and benefits or terms and conditions of employment as did other similarly situated persons outside of the Plaintiff's protected class.

19.    Defendant intentionally discriminated against Plaintiff.

20.    As a direct and proximate result of the aforesaid deprivation of Plaintiff's rights, under Title VII of the Civil Rights Act of 1964, the Plaintiff suffered severe damages.

21.    Plaintiff has suffered monetary loss due to Defendant's failure to promote her.

22.    Plaintiff has endured and will continue to endure severe emotional distress.

23.    Defendant acted in a discriminatory manner that a reasonable person would find objectively unreasonable.

**RELIEF SOUGHT**

24.    Plaintiffs re-plead and re-allege counts 1 through 23, with the same force and effect as if set forth separately at length herein.

25.    Plaintiffs request the following relief:

26.     Compensatory damages in the amount of $300,000.

27.     Pre and Post-judgment interest.

28.     The costs of litigation, including reasonable attorney's fees and expert witness

        fees.

29.     Back pay.

30.     Such other relief that may be just.

## JURY DEMAND

31. Plaintiffs demand a trial by jury.


                                        Respectfully submitted,


                                        _____/s/_____
                                        Jimmy A. Bell, Esq.
                                        Law Offices of Jimmy A. Bell, P.C.
                                        9610 Marlboro Pike
                                        Upper Marlboro, MD 20772
                                        Tel.: (301) 599-7620
                                        Fax: (301) 599-7623
                                        Bar # MD 14639