Mineta

AO 440 (Rev. 8-01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/3/2006 |
| NAME OF SERVER (PRINT) John P. Cochran | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

    ☐ Served personally upon the defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    ☐ Returned unexecuted: _____

    ☒ Other (specify): Delivered via Fed Ex Track # 852667269611

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/06
           Date                      Signature of Server

4418 N 20th Pl Arlington VA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## FedEx US Airbill

Express

Tracking Number: 8526 6726 9611

**1 From**

Date: 3/31/06

Sender's Name: John P. Cochran

Phone: (301) 599-7620

Sender's FedEx Account Number: 2477-9340-2

Company: LAW OFFICES OF JIMMY BELL PC

Address: 9610 MARLBORO PIKE

City: UPPER MARLBORO  State: MD  ZIP: 20772-3670

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Hon. Norman Mineta  Phone: (202) 366-4000

Company: US Dept. of Transportation

Address: 400 7th St SW

City: Washington  State: DC  ZIP: 20590

**4a Express Package Service**
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx First Overnight

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Dry Ice

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**8 Sign to Authorize Delivery Without a Signature**

0309824459  466

Track Shipments
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 852667269611 | **Delivered to** | Receptionist/Front Desk |
| **Signed for by** | A.INGRAM | **Service type** | Standard Envelope |
| **Ship date** | Mar 31, 2006 | | |
| **Delivery date** | Apr 3, 2006 12:24 PM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 3, 2006 | 12:24 PM | Delivered | | |
| | 12:23 PM | Delivery exception | WASHINGTON, DC | Incorrect address |
| | 6:36 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| Apr 1, 2006 | 7:21 AM | At dest sort facility | DULLES, VA | |
| | 6:00 AM | At local FedEx facility | WASHINGTON, DC | Package not due for delivery |
| | 1:37 AM | At dest sort facility | DULLES, VA | |
| Mar 31, 2006 | 8:24 PM | Left origin | CROFTON, MD | |
| | 6:04 PM | Picked up | CROFTON, MD | |

[ Signature proof ]   [ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                                **Your Email Address:**

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

Select format:  ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions                    Submit

US Atty.

AO 440 (Rev. 8-01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/3/2006 |
| NAME OF SERVER (PRINT) John P. Cochran | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ Other (specify): Via FedEx Track # 852 6 1726 9622

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/2006     _[signature]_
             Date          Signature of Server

4718 N 20th Pl Arlington VA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**FedEx® US Airbill** Express

FedEx Tracking Number: 8526 6726 9622

**1 From** Please print and press hard

Date

Sender's FedEx Account Number: 2477-9340-2

Sender's Name

Company: LAW OFFICES OF JIMMY BELL PC

Phone (301) 599-7620

Address: 9610 MARLBORO PIKE

City: UPPER MARLBORO   State: MD   ZIP: 20772-3670

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Craig Lawrence

Company: US Attorney's Office

Phone: (202) 514-7229

Address: 555 4th St NW

City: Washington   State: DC   ZIP: 20530

**4a Express Package Service**  *Packages up to 150 lbs.*
- ☐ FedEx Priority Overnight
- ☒ FedEx Standard Overnight
- ☐ FedEx First Overnight
- ☐ FedEx 2Day
- ☐ FedEx Express Saver

**4b Express Freight Service**
- ☐ FedEx 1Day Freight
- ☐ FedEx 2Day Freight
- ☐ FedEx 3Day Freight

**5 Packaging**
- ☒ FedEx Envelope
- ☐ FedEx Pak
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ Other

**6 Special Handling**
- ☐ SATURDAY Delivery
- ☐ HOLD Weekday at FedEx Location
- ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- ☒ No
- ☐ Yes
- ☐ Dry Ice
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender
☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value
                                $          .00

**8 Sign to Authorize Delivery Without a Signature**

0309824459

466

Track Shipments
## Detailed Results

(?) Quick Help

| | |
|---|---|
| **Tracking number** | 852667269622 |
| **Signed for by** | S.ROBINSON |
| **Ship date** | Mar 31, 2006 |
| **Delivery date** | Apr 3, 2006 11:21 AM |
| **Status** | Delivered |

| | | |
|---|---|---|
| **Delivered to** | Mailroom | |
| **Service type** | Standard Envelope | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 3, 2006 | 11:21 AM | Delivered | | |
| | 6:15 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| Apr 1, 2006 | 7:21 AM | At dest sort facility | DULLES, VA | |
| | 6:00 AM | At local FedEx facility | WASHINGTON, DC | Package not due for delivery |
| | 1:37 AM | At dest sort facility | DULLES, VA | |
| Mar 31, 2006 | 8:24 PM | Left origin | CROFTON, MD | |
| | 6:04 PM | Picked up | CROFTON, MD | |

[ Signature proof ]  [ Email results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**              **Your Email Address:**

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ⦿ HTML  ◯ Text  ◯ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

Gonzales

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 4/3/2006 |
| NAME OF SERVER (PRINT) John P. Cochran | TITLE | Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒  Other (specify): Via FedEx Track # 8526 6726 9633

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/2006
          Date              Signature of Server

4718 N 20th Pl Arlington VA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**FedEx Express US Airbill**

FedEx Tracking Number: 8526 6726 9633

**1 From**
Date: 3/31/06
Sender's Name: John P. Cochran
Sender's FedEx Account Number: 2477-9340-2
Company: LAW OFFICES OF JIMMY BELL PC
Phone: (301) 599-7620
Address: 9610 MARLBORO PIKE
City: UPPER MARLBORO   State: MD   ZIP: 20772-3670

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Hon. Alberto Gonzales
Phone: (202) 353-1555
Company: U.S. Dept. of Justice
Address: 950 Pennsylvania Ave.
City: Washington   State: DC   ZIP: 20530

**4a Express Package Service**
[X] FedEx Standard Overnight

**4b Express Freight Service**

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling**

**7 Payment** Bill to:
[X] Sender

**8 Sign to Authorize Delivery Without a Signature**

0309824459   466

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 852667269633 | **Delivered to** | Receptionist/Front Desk |
| **Signed for by** | A.FRAZIER | **Service type** | Standard Envelope |
| **Ship date** | Mar 31, 2006 | | |
| **Delivery date** | Apr 3, 2006 9:29 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 3, 2006 | 9:29 AM | Delivered | | |
| | 8:25 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| Apr 1, 2006 | 7:21 AM | At dest sort facility | DULLES, VA | |
| | 6:00 AM | At local FedEx facility | WASHINGTON, DC | Package not due for delivery |
| | 1:37 AM | At dest sort facility | DULLES, VA | |
| Mar 31, 2006 | 8:24 PM | Left origin | CROFTON, MD | |
| | 6:04 PM | Picked up | CROFTON, MD | |

[ Signature proof ]   [ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your Email Address:**

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit