UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA HAWTHORNE**               )<br>                                                     )<br>            Plaintiff,               )<br>                                                     )<br>     v.                                        )<br>                                                     )<br>**NORMAN Y. MINETA, Secretary**   )<br>**U.S. Department of Transportation**  )<br>                                                     )<br>            Defendant.               )<br>_____ ) | Civil Action No. 06-0588 (ESH) |

## ANSWER

Defendant, Norman Y. Mineta, Secretary, United States Department of Transportation ("DOT"), by and through the undersigned counsel, hereby responds to Plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE
(Failure Timely To Exhaust)

Insofar as plaintiff may be seeking to assert claims based on alleged actions against her other than those she timely presented to an Equal Employment Opportunity ("EEO") counselor and timely presented to the Defendant's Office of Civil Rights and for which she properly completed the administrative EEO process, she has failed timely to exhaust necessary administrative remedies that are a prerequisite to pursuing a civil action in this Court.

### THIRD DEFENSE

Defendant responds to the enumerated allegations under each paragraph of the Complaint by the corresponding enumerated paragraphs below:

1.	This paragraph constitutes Plaintiff's characterization of her claims, a question of law to which no response is required. To the extent that a response is deemed required, Defendant admits that plaintiff purports to bring this action under Title VII.

2-3.	These paragraphs constitute Plaintiff's assertion of jurisdiction and venue, questions of law to which no response is required. To the extent that a response is deemed required, Defendant denies that jurisdiction and venue is conferred upon the Court for each allegation that Plaintiff has made.

4.	Admitted.

5-7.	Denied.

8.	Denied, except to admit that, effective December 26, 2004, Plaintiff was reassigned from an Accountant position (GS-0510-12) in the Defendant's Federal Highway Administration (FHWA) Office of Budget and Finance to a Financial Specialist position (GS-0501-12) in the FHWA Office of Information and Management Services.

9-11.	Denied.

## COUNT I

12.	Defendant hereby incorporates by reference as if stated herein its responses to paragraphs 1 through 11.

13.	The allegations in this paragraph are denied, except to admit that Plaintiff is an individual and was, at times, tasked with performing the required and necessary functions of an Accountant within the FHWA, when those functions were required of her.

14.	The allegations in this paragraph are denied, except to admit that Plaintiff was, at

times, assigned accounting duties while employed as an Accountant in FHWA, which duties she, at times, performed, and to admit that Plaintiff received the privileges and benefits afforded to her as an FHWA employee.

15.   Admitted.

16-20.   Denied.

21-22.   Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations in these paragraphs; accordingly, these allegations are denied.

23.   Denied.

24.   Defendant hereby incorporates by reference as if stated herein its responses to paragraphs 1 through 23 above.

The remaining numbered paragraphs comprise Plaintiff's prayer for relief and jury demand, to which no response is required.   To the extent that a response is deemed necessary, however, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendant further avers that any award of compensatory damages for Plaintiff's claims would be subject to and limited by 42 U.S.C. § 1981a, that exemplary or punitive damages may not be awarded in this action.   The Defendant denies each and every allegation contained in the complaint not specifically admitted herein.

WHEREFORE, having fully answered, Defendant respectfully requests that this Court deny Plaintiff all relief requested and dismiss this action with prejudice.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, D.C. BAR #396739
Assistant United States Attorney

OF COUNSEL:

Robin M. Fields
Attorney Advisor
Office of Chief Counsel
Federal Highway Administration
400 Seventh Street, SW
Washington, DC 20590

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing answer had been hade through the Court's electronic transmission facilities on this 31st day of May, 2006.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230