IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA HAWTHORNE** : | |
| : | Case No.: 06-00588 (ESH) |
| Plaintiff, : | |
| v. : | |
| **NORMAN MINETA** : | |
| (In his official capacity) : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Janelle N. Richards, Esq. of the Law Office of Jimmy A. Bell, P.C. on behalf of the Plaintiff in this matter.

Respectfully submitted,

  /s/ Janelle N. Richards
Janelle N. Richards, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
301-599-7620
301-599-7623 (fax)

Dated:  June 25, 2006