UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA HAWTHORNE                          )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 ) Civil Action No. 06-0588 ESH
                                        )
MARY E. PETERS, Secretary               )
U.S. Department of Transportation,      )
                                        )
          Defendant.                    )
_____)

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

     Defendant hereby moves, pursuant to Rule 6(b) of the Federal
Rules of Civil Procedure, for an enlargement of time within which
to file a dispositive motion in this action.  Counsel for
Defendant attempted to reach counsel for Plaintiff by telephone
to determine Plaintiff's position on this motion, but he was
reportedly in trial and could not be reached.

     Defendant advises that in the middle of Plaintiff's
deposition last week, the parties conferred about the prospects
of settling the case, and came very close to finalizing that
settlement.[1]  Unfortunately, the agency is awaiting certain
information from Plaintiff that is deemed necessary to approve
and file the settlement agreement with the Court.  Meanwhile, the
deadline for Defendant to file a dispositive motion is upon us.
Rather than setting a new date for dispositive motions, Defendant

_____

     [1]  The parties went so far as to draft a document, which
would resolve all claims in the case.

proposes that the Court defer the filing of such motions until after the parties have reported back to the Court on the status of the settlement agreement.  Defendant also proposes to file either a stipulation of settlement and dismissal within the next ten business days or a status report identifying dates by which Plaintiff's deposition can be completed and the dispositive motion filed.

WHEREFORE, the Defendant requests an enlargement of time.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof has been made through the Court's electronic transmission facilities on this 30th day of May, 2007.

W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230