```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

LISA HAWTHORNE,                    )
                                   )
        Plaintiff,                 )
                                   )
     v.                            )  Civil Action No. 06-0588 ESH
                                   )
MARY E. PETERS, Secretary          )
U.S. Department of Transportation, )
                                   )
        Defendant.                 )
_____)
```

**FILED**

**JUN 1 5 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STIPULATION OF SETTLEMENT AND DISMISSAL

All Parties to this action hereby enter into the following Stipulation of Settlement and Dismissal. In order to resolve the matters in dispute in the above-styled action and all other matters related to Plaintiff's employment without further litigation, expense or delay, Plaintiff and Defendant unconditionally agree to the following terms:

1. Release

Plaintiff and Defendants enter into this Stipulation of Settlement and Dismissal in order to make full and final settlement of any and all matters that Plaintiff raised or could have raised in the above actions, as well as all other matters related to Plaintiff's employment with the Department of Transportation ("Agency"). Plaintiff agrees to accept the terms set forth herein in full satisfaction of any and all claims, demands, rights and causes of action of whatever kind and nature

based upon his employment with the Agency up to the date Plaintiff signs this Stipulation of Settlement and Dismissal, including but not limited to the claims asserted in the above-styled civil action.

In particular, and without limitation, this settlement includes all possible claims for damages, backpay, front pay, loss of leave, loss of retirement and equitable relief by Plaintiff against Defendants prior to and including the date Plaintiff signs this Stipulation of Settlement and Dismissal. Further, and without limitation, this settlement includes all possible claims for attorney's fees and costs that Plaintiff incurred or may incur in connection with this litigation and any other administrative proceeding involving the claims Plaintiff raised or could have raised in these actions.

Plaintiff withdraws, with prejudice, the above-styled complaints and all other pending, existing or putative causes of action, charges, complaints and appeals against Defendants in any forum, whether administrative or judicial.  This Stipulation of Settlement and Dismissal constitutes the full, final and complete relief that Plaintiff may have for the conduct alleged in these actions.

Plaintiff agrees not to institute any other actions, charges, complaints, appeals or other proceedings against

Defendants or any of Defendant's past or present employees, officers, agents or representatives concerning any matter related to her employment with the Agency that are based in any way on action or inaction as of this date by Defendant or the Agency's past or present employees.

Plaintiff releases Defendant and the Agency's past and present employees, officers, agents and representatives concerning all matters related to her employment with Defendant up to and including the date of this Stipulation of Settlement and Dismissal.

2. In consideration for the promises made herein, the Parties agree to take the following actions:

    a) Defendant shall change Plaintiff's position title back to an accountant position title;

    b) Defendant shall pay to Plaintiff, through counsel, the amount of $5,000.00;

    c) Defendant shall restore to Plaintiff 40 hours of sick leave;

    d) The agency shall execute a letter to Plaintiff substantially in the form attached hereto.

3. Plaintiff acknowledges his duty to adhere to any

applicable tax filing requirements and other obligations with regard to the proper payment of taxes.

4.  This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of Defendant or the Agency's past or present agents, employees, representatives or officers.  The Parties enter into this stipulation solely for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5.  Plaintiff acknowledges that she has read this entire agreement and that she understands all of its terms and conditions.  Plaintiff acknowledges that her attorney has reviewed and explained the provisions of this agreement to her and that Defendant has provided sufficient time for this purpose.

6.  Plaintiff acknowledges that she has entered into this Stipulation of Settlement and Dismissal voluntarily and with the advice of counsel.  Further, Plaintiff acknowledges that no one has imposed any undue hardship, duress or coercion in connection with the execution of this document.

7.  The Parties agree that the terms expressly recited herein represent the entire compromise settlement and that, except for the sum set forth in Paragraph 2 above, the respective parties will each bear their own costs, fees, expenses, and attorneys' fees.  There are no terms or conditions to this

agreement except those expressly stated herein.  This agreement may not be altered, modified, withdrawn, waived, rescinded or supplemented except by a written instrument executed by duly authorized representatives of both Parties.

WHEREFORE, these actions are hereby dismissed, subject only to the Court retaining jurisdiction as necessary to enforce the terms of this Stipulation of Settlement and Dismissal.

Respectfully submitted,

_____
JIMMY A. BELL, ESQ.
9610 Marlboro Pike
Upper Marlboro, MD 20772

for Plaintiff

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
LISA HAWTHORNE

Plaintiff

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230

It is so ORDERED by the Court this ___14___ day of ___June___, 2007.

_____
Ellen S Huvelle
UNITED STATES DISTRICT JUDGE

-5-

Dear Ms. Hawthorne:

    This letter is intended to clarify for you any misunderstanding that may have resulted from the issuance of an Independent Auditor's Report And Financial Statements document issued September 30, 2004. The report was not intended to convey that you were the source of the material weaknesses reflected in the report. Indeed, the agency recognizes that you were not principally responsible for the programs challenged in the report.

                                          /s/